**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Jose Anibal AGUILAR–MARTINEZ,**
**Defendant–Appellant.**

**No. 14–40291**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

March 16, 2015.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

---

Marjorie A. Meyers, Federal Public Defender, Laura Fletcher Leavitt, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before JOLLY, HIGGINBOTHAM, and OWEN, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Jose Anibal Aguilar–Martinez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Aguilar–Martinez has not filed a response. Because Aguilar–Martinez has completed the confinement portion of his sentence and has evinced a desire to appeal only his sentence, his appeal is moot. *See United States v. Rosenbaum–Alanis*, 483 F.3d 381, 382–83 (5th Cir.2007). Accordingly, the appeal is DISMISSED as moot, and counsel's motion for leave to withdraw is DENIED as unnecessary.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.